IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TED P. JONES, SR.,

       Petitioner,

v.                                           4:06cv48-WS

JAMES CROSBY,

       Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 11) docketed March 1, 2006. The magistrate judge recommends that the petitioner's petitioner for writ of habeas corpus be summarily dismissed. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint, and this action, are summarily DISMISSED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this April 3, 2006.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:06cv48-WS